MCGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN ANGEL CASTRO,<br><br>Defendants. | CASE NO. 2:19-MJ-142-EFB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: December 16, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney James R. Conolly, and defendant Ruben Angel Castro, both individually and by and through his counsel of record, Assistant Federal Defender Linda Allison, hereby stipulate as follows:

1. The Complaint in this case was filed on August 23, 2019, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on August 29, 2019. Previously, the court set a preliminary hearing date of December 16, 2019, with time beyond the 14-day limit waived after a finding of good cause.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to January 16, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the

1 | best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2 | 3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between December 16, 2019, and January 16, 2020, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  December 13, 2019                                  McGREGOR W. SCOTT
                                                          United States Attorney

                                                          /s/ JAMES R. CONOLLY
                                                          JAMES R. CONOLLY
                                                          Assistant United States Attorney


Dated:  December 13, 2019                                  /s/ LINDA ALLISON
                                                          LINDA ALLISON
                                                          Assistant Federal Defender
                                                          Counsel for Defendant
                                                          RUBEN CASTRO

STIPULATION                                                2

1  McGREGOR W. SCOTT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-142-EFB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| RUBEN ANGEL CASTRO, | |
| Defendant. | DATE: December 16, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

   The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on December 13, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

   Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

   THEREFORE, FOR GOOD CAUSE SHOWN:

   1.    The date of the preliminary hearing is extended to January 16, 2020, at 2:00 p.m.

[PROPOSED] FINDINGS AND ORDER                    1

2. The time between December 16, 2019, and January 16, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: December 13, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Findings and Order

2