HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
RUBEN ANGEL CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:20-cr-0004-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| vs. | |
| RUBEN ANGEL CASTRO, | Date: May 5, 2022 |
| Defendants. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney James Conolly and Assistant Federal Defender Linda C. Allison, attorney for Ruben Angel Castro, that the status conference hearing set for May 5, 2022, be continued to August 4, 2022 at 9:30 a.m.

Defense counsel requests additional time review the discovery with her client, to continue investigation and engage in plea negotiations.

The parties further stipulate and agree to exclude time from the date of this stipulation May 5, 2022 to August 4, 2022 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

///

///

///

1  Dated: May 3, 2022                    Respectfully submitted,

2                                        HEATHER E. WILLIAMS
                                         Federal Defender
3
                                         */s/ Linda C. Allison*
4                                        LINDA C. ALLISON
                                         Assistant Federal Defender
5                                        Attorneys for Defendant
                                         RUBEN A. CASTRO
6

7  Dated: May 3, 2022                    PHIlLIP A. TALBERT
                                         United States Attorney
8

9                                        */s/ James Conolly*
                                         JAMES CONOLLY
10                                       Assistant United States Attorney

# ORDER

IT IS HEREBY ORDERED that the status conference hearing set for May 5, 2022, at 9:30 a.m. be continued to August 4, 2022 at 9: 30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order through August 4, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 3, 2022

Troy L. Nunley
United States District Judge